IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| *In re* ) | |
| ) | Case No. 15-31832 |
| CHEQUILA GOURDINE, ) | Chapter 13 |
| ) | |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Alabama Power Company ("APCo"), hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

M. Lee Johnsey, Jr.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
Telephone: (205) 251-8100
Facsimile: (205) 488-5837
E-mail: ljohnsey@balch.com

*Street Address*
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203

Please take further notice that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers to which the Federal Rules of Bankruptcy Procedure refer, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case including APCo with respect to: (a) the debtor; (b) property of the estate or proceeds thereof in which the debtor may claim an

interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by APCo .

Please take further notice that this notice is not a submission by APCo to the jurisdiction of this Court and that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) APCo's rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) APCo's rights to a trial by jury in any proceeding so triable in this case or any case; (3) APCo's rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which APCo is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments APCo expressly reserves.

Dated: September 10, 2015

/s/ M. Lee Johnsey, Jr.
M. Lee Johnsey, Jr.
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama  35203
Phone:    (205) 226-8741

*Attorneys for Alabama Power Company*

## CERTIFICATE OF SERVICE

       I hereby certify that on September 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all persons requesting notice.

Bankruptcy Administrator
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
ba@almb.uscourts.gov

Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101
334-262-8371
trustees_office@ch13mdal.com

Joshua C. Milam
Shinbaum & Campbell
566 S. Perry Street
Montgomery, AL 36104
334-269-4440
334-263-4096 (fax)
jmilam@smclegal.com

                                                /s/ M. Lee Johnsey, Jr.
                                                OF COUNSEL

1321188.1       3

Case 15-31832   Doc 17   Filed 09/10/15   Entered 09/10/15 10:30:24   Desc Main
Document    Page 3 of 3